UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JEREMY HIXON,

        Plaintiff,

    v.

CITY OF LODI; LODI UNIFIED
SCHOOL DISTRICT: AND DOES 1
through 20,

        Defendants.

No. 2:10-cv-01128-MCE-GGH

<u>ORDER</u>

----oo0oo----

Presently before the Court is a Motion by Defendants City of Lodi and Lodi Unified School District ("Defendants") to Dismiss Plaintiff Jeremy Hixon's ("Plaintiff") third cause of action for failure to state a claim upon which relief may be granted, pursuant to Federal Rule of Civil Procedure 12(b)(6).

Plaintiff's third cause of action, brought pursuant to 42 U.S.C. § 1983, alleges that Defendants violated his civil rights by holding his graduation ceremony at a facility that was not Americans with Disabilities Act compliant.

///

1

Defendants argue that this claim fails as a matter of law for three different reasons.  First, the Lodi Unified School District ("District") is immune from suit in federal court under the Eleventh Amendment to the United States Constitution.  Second, the District is not a "person" for purposes of Section 1983.  Third, violations of the Americans with Disabilities Act and the Rehabilitation Act of 1973 are not actionable pursuant to Section 1983.  Plaintiff concedes Defendants are correct in their contentions, but asserts that all deficiencies in the third cause of action can be remedied by naming a different defendant and providing greater specificity with regard to the factual and legal bases for the claim.

Leave to amend is generally only denied when it is clear that the deficiencies of the complaint cannot possibly be cured by an amended version.  See DeSoto v. Yellow Freight Sys., Inc., 957 F.2d 655, 658 (9th Cir. 1992).  Here, Plaintiff may be able to properly bring a claim against a different defendant, assuming Plaintiff provides the requisite factual allegations necessary to survive a 12(b)(6) motion.

With no dispute as to the third cause of action's failure to state a claim, Defendants' Motion to Dismiss is GRANTED with leave to amend.  Plaintiff may file an amended complaint not later than twenty (20) days after the date this Order is filed electronically.

///

///

///

///

2

If no amended complaint is filed within said twenty (20)-day period, without further notice, Plaintiff's third cause of action will be dismissed without leave to amend.

    IT IS SO ORDERED.

Dated:  November 12, 2010

                                _____
                                MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE