LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601
E-Mail:  lleone@stubbsleone.com
E-Mail:  leedc@stubbsleone.com

Attorneys for Defendants
The CITY OF LODI and the
LODI UNIFIED SCHOOL DISTRICT, CATHY NICHOLS-WASHER,
ART HAND and ERIK SANDSTROM


RUSSELL S. HUMPHREY, ESQ. (SBN: 208744)
ERIK A. GUTIERREZ, ESQ. (SBN: 273837)
404 W. Pine Street, Suite 14
Lodi, CA 95240
Telephone:  (209) 369-2751
Facsimile:  (209) 369-3687
E-Mail:  rshumprey@yahoo.com
E-Mail:  eagutierrezlaw@gmail.com

Attorney for Plaintiff
JEREMY HIXSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY HIXON,<br><br>            Plaintiff,<br><br>     vs.<br><br><br>CITY OF LODI; LODI UNIFIED SCHOOL DISTRICT; AND DOES 1 through 20,<br><br>            Defendants. | **Case No.:   2:10-CV-01128-MCE-GGH**<br><br>**STIPULATION RE: DEADLINE FOR DEFENDANTS TO FILE AND SERVE RESPONSIVE PLEADING TO PLAINTIFF'S SECOND AMENDED COMPLAINT; ORDER** |

The parties to the above captioned matter hereby stipulate by and through their undersigned counsel of record to extend the deadline for the defendants to file and serve a responsive pleading to the Second Amended Complaint to 30 days after the completion of mediation or settlement conference.  The parties further stipulate that service of the summons and complaint on the individually named defendants will be suspended until 30 days following the settlement conference.

     IT IS SO STIPULATED.

Dated: February 18, 2011         **STUBBS & LEONE**

                                                    _____/s/_____
                                                    LOUIS A. LEONE, ESQ.
                                                    CLAUDIA LEED, ESQ.
                                                    Attorney for Defendants THE CITY OF LODI and the LODI UNIFIED SCHOOL DISTRICT, CATHY NICHOLS-WASHER, ART HAND and ERIK SANDSTROM

                                                  **MARSHALL & MARSHALL**

                                                   _____/s/_____
                                                  RUSSELL HUMPREHY, ESQ.
                                                 Attorney for Plaintiff Jeremy Hixson

                                      ORDER

     Given this stipulation, and the parties' request, as set forth in their Joint Status Report filed on February 22, 2011, that the matter be referred forthwith to early VDRP, as well as their request that the VDRP process be completed within ninety (90) days, service must be  effectuated within one hundred twenty (120) days following the date

1 this Order is electronically filed unless good cause is demonstrated for a further

2 extension for timely service and approved by the Court..

   IT IS SO ORDERED:

DATE:  February 28, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

.