LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601
E-Mail:  lleone@stubbsleone.com
E-Mail:  leedc@stubbsleone.com

Attorneys for Defendants
The CITY OF LODI and the
LODI UNIFIED SCHOOL DISTRICT, CATHY NICHOLS-WASHER,
ART HAND and ERIK SANDSTROM


RUSSELL S. HUMPHREY, ESQ. (SBN: 208744)
404 W. Pine Street, Suite 14
Lodi, CA 95240
Telephone:  (209) 369-2751
Facsimile:  (209) 369-3687
E-Mail:  rshumprey@yahoo.com
E-Mail:  eagutierrezlaw@gmail.com

Attorney for Plaintiff
JEREMY HIXSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY HIXON,<br><br>            Plaintiff,<br><br>      vs.<br><br>CITY OF LODI; LODI UNIFIED SCHOOL DISTRICT; AND DOES 1 through 20,<br><br>            Defendants. | **Case No.:   2:10-CV-01128-MCE-GGH**<br><br>**STIPULATION AND ORDER REFERRING MATTER TO A MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |

The parties to the above captioned matter hereby stipulate by and through their undersigned counsel of record to request that this court issue an order referring this matter to a Magistrate Judge for Settlement Conference.

WHEREAS, on February 21, 2011 the parties filed a Joint Status Report.  The parties requested that the court order the matter be referred to a Magistrate Judge for the purposes of conducting a settlement conference.

WHEREAS, on March 1, 2011 the court ordered this matter to the Voluntary Dispute Resolution Program but not to a Magistrate Judge for settlement conference.

WHEREAS, good cause exists to grant the parties' request that this matter be referred to a Magistrate Judge for the purposes of a Settlement Conference.   Counsel for the parties have met and conferred regarding this issue on a number of occasions. Counsel strongly believe that it is much more likely that this case will resolve through a judicially supervised settlement conference then through the process of mediation before a private attorney.  In addition, the parties also believe that the Magistrate Judge's authority as a judicial officer will be more demonstratively more persuasive with the plaintiff and the public entity defendants.

Therefore, counsel for the parties respectfully request that the Court reconsider its original order and refer this matter to a Magistrate Judge for settlement conference.

The parties respectfully request that this matter be referred to Magistrate Judge Drozd.

IT IS SO STIPULATED.

\\\

\\\

---

STIPULATION FOR AN ORDER REFFERRING MATTER TO A
MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE

2:10-CV-01128-MCE-GGH

Dated: May 6, 2011                         **STUBBS & LEONE**


_____/s/_____
LOUIS A. LEONE, ESQ.
CLAUDIA LEED, ESQ.
Attorneys for Defendants THE CITY OF LODI,
LODI UNIFIED SCHOOL DISTRICT,
CATHY NICHOLS-WASHER,
ART HAND and ERIK SANDSTROM


Dated: May 6, 20111                        **MARSHALL & MARSHALL**


_____/s/_____
RUSSELL HUMPREHY, ESQ.
Attorney for Plaintiff Jeremy Hixson


ORDER


IT IS SO ORDERED.  The parties are directed to contact Magistrate Judge Drozd for

available settlement conference dates.  The reference to VDRP is withdrawn.

Dated:  May 13, 2011


_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---
STIPULATION FOR AN ORDER REFFERRING MATTER TO A                    2:10-CV-01128-MCE-GGH
MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE