LOUIS A. LEONE, ESQ. (SBN: 099874)
CLAUDIA LEED, ESQ. (SBN: 122676)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601
E-Mail: lleone@stubbsleone.com
E-Mail: leedc@stubbsleone.com

Attorneys for Defendants
The CITY OF LODI and the
LODI UNIFIED SCHOOL DISTRICT, CATHY NICHOLS-WASHER,
ART HAND and ERIK SANDSTROM

RUSSELL S. HUMPHREY, ESQ. (SBN: 208744)
ERIK A. GUTIERREZ, ESQ. (SBN: 273837)
**HUMPHREY LAW GROUP**
1420 South Mills Avenue, Suite H
Lodi, CA 95242
Telephone: (209) 625-8976
Facsimile: (209) 625-8673
E-Mail: rshumprey@yahoo.com
E-Mail: eagutierrezlaw@gmail.com

Attorney for Plaintiff
JEREMY HIXSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY HIXON,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY OF LODI; LODI UNIFIED SCHOOL DISTRICT; AND DOES 1 through 20,<br><br>          Defendants. | Case No.: 2:10-CV-01128-MCE-GGH<br><br>**STIPULATION AND ORDER DISMISSING CASE WITH PREJUDICE** |

The parties to the above captioned matter hereby stipulate by and through their undersigned counsel of record to request that this court issue an order dismissing this case with prejudice, the parties to bear the own costs and fees.

IT IS SO STIPULATED.

Dated: September 27, 2011         **STUBBS & LEONE**

_____/s/_____
LOUIS A. LEONE, ESQ.
CLAUDIA LEED, ESQ.
Attorneys for Defendants THE CITY OF LODI,
LODI UNIFIED SCHOOL DISTRICT,
CATHY NICHOLS-WASHER,
ART HAND and ERIK SANDSTROM

Dated: September 27, 2011         **HUMPHREY LAW GROUP**

_____/s/_____
RUSSELL HUMPREHY, ESQ.
Attorney for Plaintiff Jeremy Hixson

**ORDER**

Pursuant to the Stipulation of the Parties, IT IS SO ORDERED: This case is dismissed with prejudice and the Clerk of the Court is directed to close this case.

Dated: September 29, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE